-----Original Message-----
From: Seth_Hampton@ared.uscourts.gov [mailto:Seth_Hampton@ared.uscourts.gov]On Behalf Of bill_wilson@ared.uscourts.gov
Sent: Friday, October 12, 2012 4:32 PM
To: kmarkham@campbellclinic.com
Cc: info@hhtlawfirm.com; sbaker@wcjfirm.com
Subject: Scott v Smith, Case No. 3:12-CV-0080-BRW, Re: Deposition[2]

Dear Dr. Dockery:

The trial for your patient, Mr. William David Scott, is scheduled to commence in Jonesboro on Tuesday, January 29, 2013.

This means, obviously , that we must have your deposition considerably earlier than the January 16 date that you had suggested, or that you had advised would be the first date that you will be available.

It is imperative that we have your deposition finished no later than 6:30 p.m. on Friday, December 7 (Pearl Harbor Day), 2012.

Accordingly, I would appreciate it if you or a member of your staff would contact your patient's lawyer, Mr. Troy Henry of Jonesboro (870) 932-4522 phone; (870) 932-4529 fax; and email -- info@hhtlawfirm.com) so that your office and he can work out a time that will work for you, Mr. Henry, and Mr. Baker, lawyer for the Defendant.

I would appreciate it if you or a member of your staff would contact Mr. Henry by 4:00 p.m. next Tuesday, October 16, 2012, so that the deposition date, time, and place can be arranged.

If the deposition date has not been arranged by that time next Tuesday, I will set the date by Court order.  I prefer that the deponent (you, in this case) and the lawyers agree on a date, time, and place because I am prone to set depositions on Saturday or Sunday afternoon when I have to set them by Court order -- these times tend to reduce nettlesome conflict problems.

Please let me digress.  In the mid-fifties, I was treated by Dr. Calendruso (phonetic) for a football injury.  The treatment was successful and I have until this good day a warm feeling toward Campbell Clinic.

I appreciate your anticipated cooperation.

Cordially,

Billy R. Wilson

   cc: Mr. Shane Baker and Mr. Troy Henry
   cc: Clerk of the Court